NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY W. MAYFIELD,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2013-3154

---

Petition for review of the Merit Systems Protection Board in No. DA0752120095-I-2.

---

**ON MOTION**

---

**O R D E R**

Henry W. Mayfield moves to reinstate his petition for review and asks the court to treat a document as his informal brief. The court treated that document as his petition. On November 15, 2013, this court dismissed Mayfield's petition for failure to file a brief.

Upon consideration thereof,

2                                                           MAYFIELD v. USPS

IT IS ORDERED THAT:

The motion will be granted, the court's November 15, 2013 order will be vacated, the court's mandate will be recalled, and the petition will be reinstated if Mayfield files a brief on the enclosed form within 30 days from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26